USCA1 Opinion

 

 November 16, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1480 CHRISTOPHER A. WOOD, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. ____________________ ON PETITION FOR REVIEW OF AN ORDER OF THE BOARD OF IMMIGRATION APPEALS ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Frank W. Hunger, Assistant Attorney General, Robert Kendall, Jr., ________________ ___________________ Assistant Director, and Karen Fletcher Torstenson, Attorney, Office of _________________________ Immigration Litigation, Civil Division, Department of Justice, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the record and find __________ no basis to disturb the Board's decision upholding the immigration judge's decision to deny discretionary relief from deportation. Nor was there any unfairness in denying appellant an indefinite continuance and holding the deportation hearing at a correctional facility. Singh v. _____ McGrath, 104 F.2d 122 (9th Cir. 1939), cert. dismissed, 308 _______ _______________ U.S. 629 (1940); Wlodinger v. Reimer, 103 F.2d 435 (2d Cir. _________ ______ 1939). Affirmed. ________